**98–547. State ex rel. McVay v. Indus. Comm.**
In Mandamus. On request for oral argument. Request denied.

**98–592. United Auto Workers Local Union 1112 v. Philomena.**
Franklin App. Nos. 97APE01–100 and 97APE01–69. This cause came on for further consideration upon appellants' motion for leave to file supplemental authority in support of motion for reconsideration. Upon consideration thereof,
IT IS ORDERED by the court that the motion to file supplemental authority be, and hereby is, granted.

**98–616. State v. Climaco, Climaco, Seminatore, Lefkowitz & Garofoli Co., L.P.A.**
Franklin App. No. 97APA03–429. On joint motion to supplement the record. Motion granted.

**98–913. State v. Green.**
Lucas C.P. No. 971450. This cause is pending before the court as an appeal from the Court of Common Pleas of Lucas County. Upon consideration of appellant's motion for extension of time for transmission of the record,
IT IS ORDERED by the court that the motion for extension of time for transmission of the record be, and hereby is, denied.

**98–980. State v. Campbell.**
Franklin C.P. No. 97CR042020. On motion to provide transcript at state expense. Motion granted.
LUNDBERG STRATTON, J., dissents.

**98–1074. State v. Jalowiec.**
Lorain App. No. 96CA006445. On motion to remand to trial court to complete record or, in the alternative, to stay proceedings. Motion denied.
F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**98–1280. State v. Ward.**
Hamilton App. Nos. C–910878 and C–910881. On motion for leave to file delayed appeal. Motion denied.

**98–1303. State v. Ross.**
Clark App. Nos. 96CA53 and 96CA54. On motion for leave to file delayed appeal. Motion denied.

**98–1309. State v. Jones.**
Summit App. No. 18942. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., PFEIFER and COOK, JJ., dissent.

**98–1329. State v. Nelson.**
Clermont App. No. CA96–09–077. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER, J., dissent.

**98–1342. State v. Sandlin.**
Clermont App. No. CA97–10–092. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' order rendered on June 11, 1998, at pages 2–3:
"[W]hether a conviction for violation of R.C. 4511.19, which 'shall be considered a previous or subsequent conviction' pursuant to R.C. 2953.31(A), precludes a defendant from satisfying the statutory definition of a 'first offender' contained in R.C. 2953.31(A) even if the conviction sought to be expunged resulted from or was connected with the R.C. 4511.19 violation."
The conflict case is *State v. McGinnis* (1993), 90 Ohio App.3d 479, 629 N.E.2d 1084.

**98–1354. State v. Glavic.**
Lake App. No. 96–L–135. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**98–1359. State v. Brown.**
Hamilton App. No. C–980060. On motion for leave to file delayed appeal. Motion granted.
DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.